**William A. STONEKING, Jr., Appellant,**

v.

**Shirley Anne STONEKING, Respondent.**

**No. WD 64091.**

Missouri Court of Appeals, Western District.

April 5, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 31, 2005.

Application for Transfer Denied Aug. 30, 2005.

William Stoneking, Villa Park, IL, pro se.

Susan Szczucinski, Overland Park, KS, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

William A. Stoneking appeals the circuit court's judgment modifying the decree dissolving his marriage to Shirley Anne Stoneking. We affirm. Rule 84.16(b).